United States District Court
Southern District of Texas
**ENTERED**
February 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § | CRIMINAL ACTION NO. H-10-258-03 <br> CIVIL ACTION NO. H-16-3581 |
| CHRISTOPHER HARLESS | § § § | |

**O R D E R**

The government filed a motion for an extension of time to respond to the defendant's motion to vacate, (Docket Entry No. 708). The motion is GRANTED. The response to the motion is due by April 28, 2017.

SIGNED on February 27, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge