United States District Court
Southern District of Texas

**ENTERED**
July 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-10-258-03 |
| | § | |
| CHRISTOPHER HARLESS | § | |

**O R D E R**

The court will hold an evidentiary hearing on **August 30, 2017, at 10:30 a.m.**, in Courtroom 11-B, on Christopher Harless's claim that his trial counsel rendered ineffective assistance by failing to file a notice of appeal after Mr. Harless instructed him to do so. The hearing will also address Mr. Harless's claim that he was not permitted an opportunity to allocute at his sentencing hearing. Both Mr. Harless and his trial counsel have filed affidavits, and they are inconsistent. Both Mr. Harless and Mr. Salinas must be present for the hearing.

SIGNED on July 28, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge